Exhibit A to the Complaint

**Location:** South Pasadena, CA  **IP Address:** 98.147.178.21
**Total Works Infringed:** 65  **ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 9C5AB78A6630A7A09E20038C7C09957FCA4B1508 | 02/10/2025 21:43:26 | TushyRaw | 02/06/2025 | 02/18/2025 | PA0002515899 |
| 2 | 03590421A68C5AD99212626B44AD780B7A618B5C | 02/10/2025 18:41:12 | Blacked | 02/07/2025 | 02/18/2025 | PA0002515979 |
| 3 | A11B96B55F4EC8157D5229E3BDF1684EC6BB8ACD | 02/10/2025 18:33:59 | Tushy | 02/09/2025 | 02/18/2025 | PA0002515855 |
| 4 | 4005AE968D6AEF79BDD290B7369A71406F74E0BA | 02/10/2025 17:45:20 | Vixen | 02/07/2025 | 02/18/2025 | PA0002515982 |
| 5 | 001E5C6643F004E10FDD9C5B873FEAB42A92D90E | 01/30/2025 01:08:45 | Milfy | 11/13/2024 | 11/18/2024 | PA0002500973 |
| 6 | B3DF30DCAF8AF72B97E25D12644D0A49FBF19F49 | 01/29/2025 23:02:06 | Blacked | 01/28/2025 | 02/18/2025 | PA0002516044 |
| 7 | 6307CD6EE0870DD8458B9A806E627947B8683ABC | 01/29/2025 22:55:43 | Milfy | 01/29/2025 | 02/18/2025 | PA0002516129 |
| 8 | 8d740b69bb220180d8d4fe3d2cf0dd4896733117 | 12/26/2024 18:58:55 | Blacked | 09/24/2022 | 10/05/2022 | PA0002373769 |
| 9 | F7286F967E9B8C472D96D58C54B17BC47CF34FB9 | 12/15/2024 16:47:02 | Milfy | 05/08/2024 | 06/20/2024 | PA0002477044 |
| 10 | 7DBADCDBA76805764F4B248F666D7752B115C164 | 12/15/2024 16:35:44 | Tushy | 10/13/2024 | 10/16/2024 | PA0002494753 |
| 11 | ED62AE3586F527537953B48177EB01F24CF2254A | 12/12/2024 21:45:04 | Milfy | 12/11/2024 | 12/13/2024 | PA0002506277 |
| 12 | 4b12866cda64a013ebcae38db8a3e45505eca4d7 | 12/05/2024 16:34:45 | Tushy | 05/14/2023 | 06/09/2023 | PA0002415365 |
| 13 | 7B34A2065984468320211A5F5FAAEAA4A26B4F9C | 11/21/2024 08:25:42 | Milfy | 06/19/2024 | 09/09/2024 | PA0002491142 |
| 14 | 5250B2FCE2C296FDD5E84E54FB662EF84C053C50 | 10/23/2024 02:07:30 | Blacked Raw | 09/25/2023 | 10/18/2023 | PA0002435306 |
| 15 | 60E1C605B72CD91E72600CA8CBCE8B83254C692B | 10/23/2024 02:04:53 | Blacked | 01/20/2024 | 02/13/2024 | PA0002454784 |
| 16 | F70E9D5482CF748A69680C9D47ED49A6B1F3FB68 | 10/23/2024 02:03:06 | Blacked | 10/07/2023 | 10/18/2023 | PA0002435291 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 7F50CDE24216D66A525B5FA341FEB279E2EE35C8 | 10/21/2024 22:29:30 | Blacked Raw | 10/21/2024 | 11/18/2024 | PA0002500997 |
| 18 | bb75f8481b70515cb7310b2d16118f94afb58ab1 | 10/12/2024 05:36:26 | Slayed | 08/29/2023 | 12/05/2023 | PA0002443596 |
| 19 | 636d72291fed781b633e7563f4774bed600bae9e | 09/18/2024 06:22:24 | Blacked Raw | 02/19/2024 | 03/12/2024 | PA0002459223 |
| 20 | c77b1ca084c1a324adc154c430dd53f68b275bd3 | 08/21/2024 02:20:19 | TushyRaw | 07/16/2024 | 08/14/2024 | PA0002484829 |
| 21 | a6c35ad6cced1c3328ea87744457e8deb5c3854b | 08/19/2024 01:31:02 | Vixen | 06/24/2022 | 07/22/2022 | PA0002359475 |
| 22 | 66fd330680303d582db0e4bbd4fe065f43735820 | 08/03/2024 10:50:08 | Vixen | 10/20/2023 | 12/05/2023 | PA0002443587 |
| 23 | bfc8c238acb6e9e100da7cb7147f2fb1692f538b | 08/03/2024 02:39:34 | Vixen | 11/25/2022 | 12/11/2022 | PA0002384729 |
| 24 | 8727d421acb6b8b4a191d9d9bebabdbd2fe3b9b2 | 07/28/2024 04:50:47 | Blacked Raw | 04/08/2024 | 04/11/2024 | PA0002464923 |
| 25 | 42988b60d14b2ddb9b09dd9ead25011cf4438a27 | 07/26/2024 02:55:49 | Vixen | 11/10/2023 | 12/13/2023 | PA0002445427 |
| 26 | c74c9239e61434854108809109de751ffc75b33a | 07/10/2024 00:45:41 | Tushy | 04/30/2023 | 05/14/2023 | PA0002411311 |
| 27 | 3ffa3881043db7e69051fcebeeccffcfdb06cdf5 | 07/08/2024 05:48:08 | Milfy | 01/31/2024 | 03/15/2024 | PA0002463458 |
| 28 | 3866f44df6c220fe3204a55869d83229dcf19ead | 07/07/2024 21:22:08 | Blacked | 12/31/2022 | 01/10/2023 | PA0002389580 |
| 29 | 138454ffe7f205af178cdadc5059aa0a744ee166 | 07/01/2024 21:56:30 | Vixen | 01/13/2023 | 01/27/2023 | PA0002393077 |
| 30 | 2f9b8ff1ce30afa616f5a84490947afd0ed7f5a7 | 06/22/2024 02:54:11 | Tushy | 12/24/2023 | 01/16/2024 | PA0002449496 |
| 31 | df1a9874129722736a51620c5963d2aa77793fe5 | 06/16/2024 04:29:41 | Slayed | 02/07/2023 | 05/05/2023 | PA0002414452 |
| 32 | f64b023e88cd278036dba157b6790c2bbf29f57a | 06/11/2024 18:45:09 | Blacked Raw | 08/28/2023 | 09/17/2023 | PA0002430912 |
| 33 | 5602e8b5327f3562cb7354cbbb1c4d6dfd7dd443 | 06/06/2024 22:34:39 | Slayed | 11/22/2022 | 01/06/2023 | PA0002393658 |
| 34 | f12c7d470d58f7c35215eca51054181f60e24179 | 06/02/2024 20:35:30 | Blacked | 03/18/2023 | 04/07/2023 | PA0002405751 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | f9ba5452e075fcc76c36ad85026b6b8cc27d9957 | 05/29/2024 05:27:55 | Blacked Raw | 01/29/2023 | 04/13/2023 | PA0002406902 |
| 36 | 417156101b52c0d0537b1aa465c25eba330f5583 | 05/28/2024 20:05:28 | TushyRaw | 04/02/2024 | 04/12/2024 | PA0002465217 |
| 37 | 9187a3968c69406498c1456f0aee5b544d8f5aa0 | 05/28/2024 13:32:24 | TushyRaw | 10/25/2023 | 11/14/2023 | PA0002439667 |
| 38 | f0b9e885abf88101e7fc81e562f6632cb646d468 | 05/28/2024 00:38:13 | Tushy | 04/28/2024 | 05/08/2024 | PA0002470009 |
| 39 | 2bc8b95b51600b7895940388d6ba4e5ab23a8718 | 05/26/2024 09:30:04 | Tushy | 01/29/2023 | 03/07/2023 | PA0002400310 |
| 40 | 492261e66e6e30aeaeb6275c2a6e77b1a0b48152 | 05/26/2024 07:17:10 | Blacked Raw | 10/06/2022 | 11/01/2022 | PA0002378072 |
| 41 | 391405a8627bdee8ebccd10858091b92086f7171 | 05/25/2024 08:18:23 | Blacked Raw | 10/30/2023 | 12/05/2023 | PA0002443584 |
| 42 | f672db3fa20afba25e55f72e71d274546520de52 | 05/08/2024 15:47:08 | TushyRaw | 12/27/2023 | 01/16/2024 | PA0002449500 |
| 43 | 4f968e319350ef0fb43bce98b85e1d9b6c709dcc | 04/28/2024 22:32:29 | TushyRaw | 06/14/2023 | 07/13/2023 | PA0002420358 |
| 44 | fb8af0371c7176d020af9445e8e4ecb136318c73 | 04/23/2024 17:00:47 | Blacked | 01/27/2024 | 02/27/2024 | PA0002457000 |
| 45 | c9d3c2e8c300a0df18899764520b049d3daa27aa | 04/23/2024 16:39:38 | Vixen | 05/12/2023 | 06/09/2023 | PA0002415370 |
| 46 | 5f08fcb0a7020ca727239fce8f889784d5a2e99e | 04/11/2024 10:22:05 | Slayed | 10/31/2023 | 12/07/2023 | PA0002445808 |
| 47 | 1f9df3255808379251e4216e874e5246ead9d645 | 04/04/2024 21:33:42 | Tushy | 10/30/2022 | 01/06/2023 | PA0002394017 |
| 48 | 043b7783dfae7805d83b191021d0376c441f2b92 | 03/26/2024 19:24:25 | Tushy | 11/27/2022 | 12/11/2022 | PA0002384751 |
| 49 | 7083a7a47f50a32ebc26a467d05ff4364e20211d | 03/03/2024 19:20:13 | Blacked Raw | 05/19/2023 | 06/09/2023 | PA0002415367 |
| 50 | e43aae92e4d7156cf41785e5d77b7fcdc77e70f7 | 03/03/2024 01:19:03 | Milfy | 02/21/2024 | 03/15/2024 | PA0002461468 |
| 51 | f7b4d7c0945649bbb2b1b88da6526037b692e886 | 03/02/2024 15:20:20 | Vixen | 02/23/2024 | 03/13/2024 | PA0002459589 |
| 52 | 35352e6290832cf7d161b4e4d18c868036b78325 | 02/29/2024 09:50:48 | Vixen | 01/27/2023 | 04/13/2023 | PA0002406898 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | 36263dc77a134c7a88b096ac9973df3afa56855a | 02/11/2024 20:58:59 | Tushy | 08/21/2022 | 08/29/2022 | PA0002367745 |
| 54 | b98696836fc212f6cbaa6759e6f91d0cc5f662c2 | 01/06/2024 20:36:47 | Blacked Raw | 01/04/2023 | 01/10/2023 | PA0002389594 |
| 55 | 8ed49359271685d3a59dfd2add6195708775bac5 | 01/03/2024 11:52:17 | Slayed | 12/12/2023 | 01/16/2024 | PA0002453479 |
| 56 | db7fe0f49ef43e979219e4afe82d3710a072cba3 | 12/30/2023 22:18:24 | Tushy | 10/16/2022 | 11/27/2022 | PA0002388606 |
| 57 | c9a72732febb74733edd151cf3780edfa51b8c5d | 12/22/2023 10:30:17 | Blacked | 02/04/2023 | 03/07/2023 | PA0002400314 |
| 58 | 3da9e0646d73abaea11e1eb908eae9ed2c3da9d7 | 12/15/2023 22:44:50 | Tushy | 07/30/2023 | 08/17/2023 | PA0002425542 |
| 59 | 201023b8864ae55de196a16981fec6671323d139 | 12/15/2023 06:48:13 | Blacked | 06/24/2023 | 07/13/2023 | PA0002420341 |
| 60 | f3845b3f341cdd62426f654dffb65c56d9fd7943 | 12/11/2023 19:56:44 | Milfy | 08/23/2023 | 12/05/2023 | PA0002443638 |
| 61 | c55042b7400a68e7825a3e360952ed7acbb92d5b | 12/07/2023 19:39:54 | Vixen | 12/01/2023 | 12/13/2023 | PA0002445428 |
| 62 | a4d740048b2f6b92372354ba6c770cc6afcc786b | 10/18/2023 12:16:51 | Blacked Raw | 08/27/2022 | 10/31/2022 | PA0002377814 |
| 63 | 352514ccdba7f0b77fb26dbf04388ae3f44cb411 | 10/15/2023 16:04:52 | Vixen | 03/03/2023 | 04/10/2023 | PA0002405936 |
| 64 | 0e21e5aac7942d07abfab538c9be4d0ad6bf0a63 | 10/03/2023 19:24:30 | Vixen | 03/31/2023 | 04/09/2023 | PA0002405749 |
| 65 | 353c1cd8a963daa0e6d0ef7d49a615d40ee68fff | 07/07/2023 17:35:57 | Tushy | 04/09/2023 | 05/15/2023 | PA0002411263 |