1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION – LOS ANGELES

11
12
13
14

STRIKE 3 HOLDINGS, LLC,

               Plaintiff,

vs.

JOHN DOE subscriber assigned IP address 98.147.178.21,

               Defendant.

Case No.: 2:25-cv-01884-TJH-SP

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT**

15
16
17
18
19
20
21
22
23
24
25
26
27
28

     THIS CAUSE came before the Court upon Plaintiff's motion for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint, and the Court being duly advised in the premises does hereby:

1       ORDER AND ADJUDGE:  Plaintiff's motion is granted.  Plaintiff shall

2  have until August 3, 2025 to effectuate service of a summons and Complaint on

3  Defendant.

4       **DONE AND ORDERED**.

5  Dated: _____    By: _____

6       **United States District Judge**
     Hon. Terry J. Hatter, Jr.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28